ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2018

at 6 o'clock and 45 min. A M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER CR 18-00061 LEK-01 |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| Adalberto Cortez | ) | |
| | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of  4/26/18  the Court entered the following order:

____ Defendant to be released from custody forthwith

    ____ Released to / continued on pretrial release

    ____ Sentenced to time served

    ____ Case Dismissed

    ____ Released to / continued on supervised probation / unsupervised probation

    ____ Released to / continued on supervised release

✓ Defendant to be released once bond conditions are met. As conditions have been met effective  5/17/18 , defendant to be released forthwith.

____ Bench warrant recalled

____ Other: _____

Sue Beitia, Clerk of Court

by: _____ Deputy Clerk